UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH MARTIN, | Case No. 3:22-cv-00491-ART-CLB |
| Plaintiff | ORDER |
| v. | |
| CHARLES DANIELS, et al., | |
| Defendants | |

On May 17, 2023, the Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* for non-prisoners or pay the full $402 filing fee for this case within 60 days of that order. (ECF No. 12). Plaintiff did not timely comply with that order. The Court now *sua sponte* grants Plaintiff until September 15, 2023, to comply with that order.

It is therefore ordered that **on or before September 15, 2023**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that, if Plaintiff fails to timely file an application to proceed *in forma pauperis* for a non-inmate or pay the full filing fee, this case will be subject to dismissal without prejudice.

DATED THIS 16th day of August 2023.

_____
UNITED STATES MAGISTRATE JUDGE