# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH L. MARTIN, | Case No. 3:22-cv-00491-ART-CLB |
| Plaintiff | **ORDER GRANTING** |
| v. | STIPULATION TO |
| CHARLES DANIELS, *et al.*, | DISMISS WITH PRJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED by and between Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Kenneth L. Martin, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

1   The Parties have resolved this matter in its entirety and agree that the Court may
2   accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

3   DATED 22nd day of September, 2023.        DATED 22nd day of September, 2023.
                                              AARON D. FORD
4                                             Attorney General

5

6

7

8   _____              /s/ Victoria C. Corey
    Kenneth L. Martin                         Victoria C. Corey, (Bar No. 16364C)
9   *Plaintiff, pro se*                       *Attorneys for Defendant*

10

11

12

13

14                          **ORDER**

15          **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the
16   Clerk is directed to close the case.

17

18          DATED: October 16, 2023

19                                            _____
20                                            Anne R. Traum
                                              United States District Judge
21

22

23

24

25

26

27

28